AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| Doe et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-09105-MEF-LDW |
| U.S. Department of Homeland Security et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs: Doe, Doe, Doe, Welch, Ortiz, and American Friends Service Committee- Immigrant Rights Program

Date:    09/16/2024

_____
*Attorney's signature*

Raquiba Huq, 030952007
*Printed name and bar number*

Legal Services of New Jersey
100 Metroplex Drive, Suite 101
Edison, NJ 08817

*Address*

rhuq@lsnj.org
*E-mail address*

(732) 572-9100
*Telephone number*

(732) 777-7070
*FAX number*